BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-09-288 FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| DASHAWN CHAMBERS, ) | CONTINUING MOTION SCHEDULE |
| ) | AND HEARING DATES |
| Defendant. ) | |
| _____) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendant Dashawn Chambers through his attorney Lauren Cusick, as follows:

- That the current hearings on the defendant's motions, set for March 29, 2010 and April 23, 2010, as well as the associated briefing schedule, be vacated.
- That a non-evidentiary hearing on the motions be held on April 26, 2010, at 10:00 a.m.
- That an evidentiary hearing on the motions be held on May 7, 2010, at 10:00 a.m.
- The defense has already filed three motions. The government's consolidated response shall be due March 29, 2010.

1

- If the defense chooses to reply, that reply shall be filed by April 12, 2010.
- The continuance of the motion hearing and schedule is necessary for the preparation of the parties; in addition, defense counsel continues to investigate and prepare for trial and needs additional time to review the discovery and discuss issues with the defendant.

Accordingly, the parties jointly request that the time period from today's date through May 7, 2010 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(1)(D) and Local Codes E and T4 due to the motion, the preparation of the parties, continuity of counsel, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: March 12, 2010

/s/ Daniel S. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

Respectfully submitted,

Dated: March 12, 2010

/s/ Lauren Cusick
LAUREN CUSICK, ESQ.
Assistant Federal Defender
Attorney for the Defendant
By DSM per telephonic authorization

IT IS SO ORDERED.

Dated: March 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE